UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **AMANDA MARTIN,** | ) | CASE NO:1:23CV1564 |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| **FEDERAL RESERVE BANK OF** | ) | **JUDGMENT** |
| **CLEVELAND, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J**:

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.


 /S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE